FILED
NOV 2 0 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **4:13CR490 CEJ/TIA** |
| v. | ) No. | |
| TERI MOSIER, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNTS ONE THROUGH FIVE

The Grand Jury charges:

On or about the following dates, in the Eastern District of Missouri, the defendant,

**TERI MOSIER,**

did willfully and knowingly steal, purloin, and convert to her use, and the use of another, money of the United States, that is, funds of the Social Security Administration, that being Social Security Administration disability benefits in the amounts listed below while being gainfully employed:

| **COUNT** | **DATE** | **EMPLOYMENT** | **AMOUNT** |
|---|---|---|---|
| 1 | 10/1/10 | Office of Disability Review | $1,256.00 |
| 2 | 5/3/11 | Office of Disability Review | $1,256.00 |
| 3 | 1/13/12 | Office of Disability Review | $1,359.00 |
| 4 | 2/3/12 | Office of Disability Review | $1,359.00 |

| | | | |
|---|---|---|---|
| 5 | 5/3/12 | Office of Disability Review | $1,359.00 |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney